FILED
APR 05 2011

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| ON THE CHEAP, LLC, d/b/a, TRU FILTH, LLC,  Plaintiff,  vs.  DOES 1-5,011,  Defendants. | CIV. 11-MC-36  MOTION TO QUASH AND OBJECTIONS TO SUBPOENA |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COMES NOW Midcontinent Communications, a non-party to the above-entitled matter, which has been served with a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, and asserts objections to that subpoena and moves the Court to quash that subpoena to allow Midcontinent Communications a reasonable opportunity to alert subscribers and customers of a potential release of information, consistent with its privacy policies and statements adopted in consideration of federal law, before requiring such disclosure, and to assure adequate protections against undue burden or expense, consistent with FED.R.CIV.P. 45.

Dated at Sioux Falls, South Dakota, this 5th day of April, 2011.

DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.

_Sandra Hanson_
Sandra Hoglund Hanson
206 West 14th Street
PO Box 1030
Sioux Falls, SD 57101-1030

              Telephone: (605) 336-2880
              Facsimile: (605) 335-3639
              E-mail: shanson@dehs.com
              *Attorneys for Midcontinent*
              *Communications*

## CERTIFICATE OF SERVICE

 Sandra Hoglund Hanson, one of the attorneys for Midcontinent Communications, hereby certifies that a true and correct copy of the foregoing "Motion to Quash and Objections to Subpoena" and "Affidavit of Marjorie L. Johnson" was served by mail upon:

   Ira M. Siegel
   Law Offices of Ira M. Siegel
   433 N. Camden Drive, Suite 970
   Beverly Hills, CA 90210
    *Attorneys for Plaintiff*

on this 5th day of April, 2011.

                 */s/ Sandra Hanson*
                 _____