1  Ira M. Siegel, Cal. State Bar No. 78142
   email address:  irasiegel@earthlink.net
2  LAW OFFICES OF IRA M. SIEGEL
   433 N. Camden Drive, Suite 970
3  Beverly Hills, California 90210-4426
   Tel:   310-435-7656
4  Fax:   310-657-2187

5  Attorney for Plaintiff On the Cheap, LLC DBA Tru Filth, LLC

6

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  ON THE CHEAP, LLC DBA TRU FILTH,          CASE NO. C 10-04472 BZ
    LLC, a California Limited Liability Company,
11                                             FIRST AMENDED COMPLAINT FOR
                                               INJUNCTIVE RELIEF, DAMAGES AND
12                        Plaintiff,           PROFITS FOR COPYRIGHT
                                               INFRINGEMENT; AND DEMAND FOR
13              v.                             JURY TRIAL

14  DOES 1-5011,

15                        Defendants.

16

17

18      Plaintiff On the Cheap, LLC DBA Tru Filth, LLC (sometimes referred to herein as

19  "Plaintiff") for its First Amended Complaint against Defendants Doe 1 through Doe 5011

20  (sometimes referred to herein collectively as "Defendants") alleges as set forth below.

         NATURE OF THE CLAIM, JURISDICTION AND VENUE

21      1.      This is an action for copyright infringement under the United States Copyright

22  Act, 17 U.S.C. §§ 101 etc.  Jurisdiction of this Court over this action is conferred by 28 U.S.C. §

23  1338(a).

24      2.      Venue in this District is proper under 28 U.S.C. § 1391(b) and/or 28 U.S.C. §

25  1400(a). Although the true identity of each Defendant is unknown to the Plaintiff at this time, on

26  information and belief, each Defendant may be found in this District, and/or the acts complained

27

28

Attachment 1

1 | of herein occurred and/or have a significant effect within this District.  Therefore, venue in this

2 | Court is proper in accordance with 28 U.S.C. §§ 1391(b) and 1400(a).

3 | **INTRADISTRICT ASSIGNMENT**

4 |     3.    This is an intellectual property action and is therefore exempt from the

5 | requirements of Civil Local Rule 3-2(c).

6 | **THE PARTIES**

7 |     4.    Plaintiff On the Cheap, LLC DBA Tru Filth, LLC is a limited liability company

8 | duly formed and existing under the laws of California, and has a principal place of business at

9 | 21636 Lassen Street, Chatsworth, California 91311.

10 |     5.    The true names of Defendants are unknown to the Plaintiff at this time.  Each

11 | Defendant is known to Plaintiff only by the Internet Protocol ("IP") address assigned to that

12 | Defendant by his, her or its Internet Service Provider on the date and at the time at which the

13 | infringing activity of each Defendant was observed. The IP address of each Defendant, together

14 | with the date and time at which his, her or its infringing activity was observed, is included on

15 | **Exhibit A** which is attached hereto.  On information and belief, Plaintiff states that information

16 | obtained in discovery will lead to the identification of each Defendant's true name and address,

17 | and permit Plaintiff to amend this Complaint to state the same.

18 | **COUNT I**

19 | ***COPYRIGHT INFRINGEMENTS UNDER 17 U.S.C. §§ 101 ETC.***

20 |     6.    Plaintiff repeats and reincorporates herein the allegations set forth in paragraphs

21 | 1-5 above.

22 |     7.    Plaintiff is a motion picture production company.  Plaintiff is, and at all relevant

23 | times has been, the owner of the copyrights and/or the owner of the exclusive rights under the

24 | copyrights in the United States in the motion picture titled "Danielle Staub Raw" (the "Motion

25 | Picture").

26 |     8.    The Motion Picture is an original work that may be copyrighted under United

27 | States law.  The Motion Picture is the subject of a valid Certificate of Registration issued by the

28 | United States Copyright Office, that is Copyright Registration No. PAu 3-489-521 (also listed in

1   United States Copyright Office records as Registration Number PAu003489521), dated June 23,

2   2010, and Plaintiff owns that registration.. The title of the Motion Picture and its copyright

3   registration number are included in **Exhibit A**.

4       9.    Plaintiff has either published or licensed for publication all copies of the Motion

5   Picture in compliance with the copyright laws.

6       10.   **Exhibit A** identifies, on a Defendant-by-Defendant basis (one Defendant per

7   row), the copyrighted motion picture, and the registration number of the copyright for that

8   motion picture, that each Defendant has, without the permission or consent of the Plaintiff,

9   reproduced and distributed to the public. That is, each Defendant listed in **Exhibit A** has,

10  without permission or consent of Plaintiff, reproduced and distributed to the public at least a

11  substantial portion of Plaintiff's copyrighted work that is listed in the same row as the identifier

12  for that Defendant (i.e., Plaintiff's copyrighted Motion Picture). **Exhibit A** also sets out the

13  Internet Protocol ("IP") address associated with each Defendant, the identity of the Internet

14  Service Provider (often referred to as an "ISP") associated with the IP address, the last-observed

15  date and time ("Timestamp") that the infringement by that Defendant of Plaintiff's copyright in

16  the Motion Picture was observed, and the software protocol used by the Defendant. Further in

17  this regard, Plaintiff is informed and believes that each of the Defendants, without the permission

18  or consent of Plaintiff, has used, and continues to use, an online media distribution system

19  (sometimes referred to as a "peer to peer" network or a "P2P" network) to reproduce at least one

20  copy of the Motion Picture, and to distribute to the public, including by making available for

21  distribution to others, copies of the Motion Picture. Each Defendant's actions constitute

22  infringement of the Plaintiff's exclusive rights in the Motion Picture protected under the

23  Copyright Act of 1976 (17 U.S.C. § 101 et seq.), including under 17 U.S.C. § 106(1) and (3).

24  Each Defendant has infringed Plaintiff's copyrights in the motion picture titled "Danielle Staub

25  Raw," which is the subject of Plaintiff's Copyright Registration No. PAu 3-489-521.

26      11.   Each Defendant has acted in cooperation with the other Defendants by agreeing to

27  provide, and actually providing, on a P2P network an infringing reproduction of at least

28

First Amended Complaint - C 10-04472 BZ                3

**Attachment 1**

1    substantial portions of Plaintiff's copyrighted Motion Picture, in anticipation of the other

2    Defendants doing likewise with respect to that work and/or other works.

3          12.     Each of the Defendant's acts of infringement have been willful, intentional, and in

4    disregard of and with indifference to the rights of Plaintiff.

5          13.     Plaintiff has suffered both money damages and irreparable harm as a result of

6    each Defendant's infringement of Plaintiff's copyrights in the Motion Picture. In addition,

7    discovery may disclose that one or more of the Defendants obtained profits as a result of such

8    infringement.

9          14.     As a result of each Defendant's infringement of Plaintiff's exclusive rights under

10    copyright, Plaintiff is entitled to relief pursuant to 17 U.S.C. § 504, and to its attorneys' fees and

11    costs pursuant to 17 U.S.C. § 505.

12          15.     The conduct of each Defendant is causing and, unless enjoined and restrained by

13    this Court will continue to cause, Plaintiff great and irreparable injury that cannot fully be

14    compensated or measured in money. Plaintiff has no adequate remedy at law. Pursuant to 17

15    U.S.C. §§ 502 and 503, the Plaintiff is entitled to injunctive relief prohibiting each Defendant

16    from further infringing Plaintiff's copyrights and ordering that each Defendant destroy all copies

17    of the copyrighted motion pictures made in violation of the Plaintiffs' copyrights.

18                            **RELIEF REQUESTED**

19          WHEREFORE, Plaintiff requests that the Court enter judgment against each Defendant

20    as follows:

21          A.     For a judgment that such Defendant has infringed Plaintiff's copyright in the

22    Motion Picture;

23          B.     For entry of preliminary and permanent injunctions providing that such

24    Defendant shall be enjoined from directly or indirectly infringing the Plaintiffs' rights in the

25    Motion Picture, including without limitation by using the Internet to reproduce or copy the

26    Motion Picture, to distribute the Motion Picture, or to make the Motion Picture available for

27    distribution to anyone, except pursuant to a lawful license or with the express authority of

28    Plaintiffs;

First Amended Complaint - C 10-04472 BZ            4

1      C.      For entry of preliminary and permanent mandatory injunctions providing that

2  such Defendant shall destroy all copies of the Motion Picture that Defendant has downloaded

3  onto any computer hard drive or server without Plaintiff's authorization and shall destroy all

4  copies of the Motion Picture transferred onto any physical medium or device in Defendant's

5  possession, custody, or control;

6      D.      For entry of judgment that such Defendant shall pay actual damages and profits,

7  or statutory damages, pursuant to 17 U.S.C. § 504, at the election of Plaintiff;

8      E.      For entry of judgment that such Defendant shall pay Plaintiff's costs;

9      F.      For entry of judgment that such Defendant shall pay Plaintiff's reasonable

10  attorney fees; and

11      G.      For entry of judgment that Plaintiff have such other relief as justice may require

12  and/or as otherwise deemed just and proper by this Court.

13                          Respectfully submitted,

14

15  Date: January 24, 2011

        Ira M. Siegel, Cal. State Bar No. 78142
16      email address: irasiegel@earthlink.net
        LAW OFFICES OF IRA M. SIEGEL
17      433 N. Camden Drive, Suite 970
        Beverly Hills, California 90210-4426
18      Tel:    310-435-7656
        Fax:    310-657-2187
19
        Attorney for Plaintiff On the Cheap, LLC DBA Tru Filth,
20      LLC

21

22

23

24

25

26

27

28

First Amended Complaint - C 10-04472 BZ                5

1

## JURY DEMAND

2      Plaintiff hereby demands trial by jury on all issues so triable.

3

4                        Respectfully submitted,

5

6

7      Date:  January 24, 2011

8                        Ira M. Siegel, Cal. State Bar No. 78142
                         email address:  irasiegel@earthlink.net
9                        LAW OFFICES OF IRA M. SIEGEL
                         433 N. Camden Drive, Suite 970
10                       Beverly Hills, California 90210-4426
                         Tel:    310-435-7656
                         Fax:    310-657-2187

11

                         Attorney for Plaintiff On the Cheap, LLC DBA Tru Filth,
12                       LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

to

FIRST AMENDED COMPLAINT

On the Cheap, LLC DBA Tru Filth, LLC v. Does 1-5011, Case No. C 10-04472 BZ

Case3:10-cv-04472-BZ    Document7    Filed01/25/11    Page8 of 208

Table of Last-Observed Infringements by Defendants of Copyrights in Listed Motion Pictures
that Are the Subject of On the Cheap, LLC DBA Tru Filfth, LLC's Listed Copyright Registrations

| Defendant | Internet Protocol Address (IP) | Internet Service Provider (ISP) | Motion Picture Title/ Copyright Registration No. | Timestamp (North American Eastern Time) | Software |
|---|---|---|---|---|---|
| Doe 1 | 69.249.59.78 | Comcast Cable | Danielle Staub Raw PAU 3-489-521 | 06/20/2010 03:06:29 PM | BitTorrent |
| Doe 2 | 71.176.150.221 | Verizon Internet Services | Danielle Staub Raw PAU 3-489-521 | 06/20/2010 10:41:54 AM | BitTorrent |
| Doe 3 | 98.163.249.162 | Cox Communications | Danielle Staub Raw PAU 3-489-521 | 06/20/2010 11:28:30 PM | BitTorrent |
| Doe 4 | 68.183.126.218 | DSL Extreme | Danielle Staub Raw PAU 3-489-521 | 06/21/2010 01:45:16 AM | BitTorrent |
| Doe 5 | 67.61.71.229 | CABLE ONE | Danielle Staub Raw PAU 3-489-521 | 06/20/2010 09:21:58 PM | BitTorrent |
| Doe 6 | 69.249.107.84 | Comcast Cable | Danielle Staub Raw PAU 3-489-521 | 06/19/2010 01:43:27 PM | BitTorrent |
| Doe 7 | 173.171.153.133 | Road Runner | Danielle Staub Raw PAU 3-489-521 | 06/19/2010 12:03:42 PM | BitTorrent |
| Doe 8 | 98.165.226.195 | Cox Communications | Danielle Staub Raw PAU 3-489-521 | 06/20/2010 04:23:20 AM | BitTorrent |
| Doe 9 | 71.96.210.222 | Verizon Internet Services | Danielle Staub Raw PAU 3-489-521 | 06/20/2010 05:03:58 AM | BitTorrent |
| Doe 10 | 69.124.239.147 | Optimum Online (Cablevision Systems) | Danielle Staub Raw PAU 3-489-521 | 06/19/2010 12:06:31 PM | BitTorrent |
| Doe 11 | 74.4.70.39 | Embarq Corporation | Danielle Staub Raw PAU 3-489-521 | 06/19/2010 02:19:15 PM | BitTorrent |
| Doe 12 | 69.125.178.68 | Optimum Online (Cablevision Systems) | Danielle Staub Raw PAU 3-489-521 | 06/20/2010 12:02:55 AM | BitTorrent |
| Doe 13 | 66.91.47.148 | Road Runner | Danielle Staub Raw PAU 3-489-521 | 06/19/2010 03:21:40 PM | BitTorrent |
| Doe 14 | 71.103.33.217 | Verizon Internet Services | Danielle Staub Raw PAU 3-489-521 | 06/19/2010 03:28:34 PM | BitTorrent |
| Doe 15 | 98.236.20.18 | Comcast Cable | Danielle Staub Raw PAU 3-489-521 | 06/20/2010 12:28:01 PM | BitTorrent |
| Doe 16 | 68.173.115.246 | Road Runner | Danielle Staub Raw PAU 3-489-521 | 06/20/2010 11:17:19 AM | BitTorrent |
| Doe 17 | 76.103.16.14 | Comcast Cable | Danielle Staub Raw PAU 3-489-521 | 06/20/2010 03:13:33 PM | BitTorrent |
| Doe 18 | 68.239.176.20 | Verizon Internet Services | Danielle Staub Raw PAU 3-489-521 | 06/20/2010 01:38:44 AM | BitTorrent |
| Doe 19 | 76.94.193.126 | Road Runner | Danielle Staub Raw PAU 3-489-521 | 06/21/2010 02:16:26 AM | BitTorrent |
| Doe 20 | 68.53.40.230 | Comcast Cable | Danielle Staub Raw PAU 3-489-521 | 06/20/2010 03:05:21 PM | BitTorrent |

**Attachment 1**